UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DNA CONTRACTING AND
WATERPROOFING, LLC,

           Plaintiff,

-against-

STRONGWALL INDUSTRIES, INC.,
C.G.M., INC., CMP SPECIALTY
PRODUCTS, INC., and ABC COMPANIES 1
to 10,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/23/2021

1:16-cv-06125 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a letter from defendant StrongWall Industries, Inc., written on behalf of all parties, informing the Court that the parties have reached a settlement in principle [ECF #76].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by April 22, 2021.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date:  March 23, 2021**
      **New York, NY**

                                      */s/ Mary Kay Vyskocil*
                                      **MARY KAY VYSKOCIL**
                                      United States District Judge